**ORIGINAL**

## In the United States Court of Federal Claims

No. 18-1006
(Filed: July 27, 2018)

**FILED**
JUL 27 2018
U.S. COURT OF
FEDERAL CLAIMS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EDWARD THOMAS KENNEDY,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

For good cause shown, plaintiff's motion for leave to proceed *in forma pauperis* is granted. The complaint, however, must be dismissed because it does not raise a claim within this court's jurisdiction.

This claim was filed on July 11, 2018, shortly after plaintiff filed a complaint in Case No. 18-942. The complaints are similar in substance, and neither raises a claim within this court's jurisdiction. The complaint is dismissed for the reasons already addressed in *Kennedy v. United States*, No. 18-942 (Fed. Cl. filed Jul. 27, 2018).

Accordingly, the following is ordered:

1. The clerk's office is directed to file no further complaints from this party absent leave from the undersigned.

2. The Clerk is directed to dismiss the complaint for lack of subject-matter jurisdiction and enter judgment accordingly. No costs.

7017 1450 0000 6959 9719

ERIC G. BRUGGINK
Senior Judge